In the Court of Criminal Appeals
At Austin, Texas

Frank Marinero      )
Appelant      )
     )
V.      )      Court of Appeals No.
     )      14-16-00627-CR
The State of texas      )
Apelle      )

Motion for Extension of time to File Petition for Descrimenary Review and to suspend Filing Requirements of Trap 9.3 and 9.4

Now Comes Appellent, Frank Marinero seeking an extension of time to file his Petition for Discretionary Review (PDR) And the Suspension of Texas Rules of Appellate Procedure (Trap) § 9.3 (Numer of copies) as they apply to PDR. To support his request, Appellant would show the following:

I.

On 30 November 2017, the 14th Court of Appeals affirmed the judgment of the 338 District Court, Harris County, Texas (Trial Case No. 1473241). Appellant desires to file a PDR in this case; The current due date is 30 December, 2017 Appelent Seeks a 60-Day extension of time making the PDR due on or before 28 february 2018. No Previous extensions have been requested or granted.

II.

The Appellant Presents the following basis for his request:
1. Appellant is incarcerated and lacks access to modern research tools, or office Machinary (computer, Printer, copies etc);
2. Appellant is afforded only 10 Hours/week access to a law library, and that at the convenience of Prison officials; And
3. Appellant is a layman at law, slowing his efforts.

FILED IN
COURT OF CRIMINAL APPEALS
DEC 18 2017
Deana Williamson, Clerk

III

For the reasons cited above, the current due date and the requirements of Trap § 9.3 and § 9.4 Present and due harship

I.V

Under the authority of Trap §2 And § 68.2(c), this Court may grant the extension of time to file PDR and the suspension of rules for any good cause.
Accordingly, Appellant Prays this court suspend Trap § 9.3 and § 9.4 and grant the request extension of time

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 18 2017
Deana Williamson, Clerk

December 10, 2017
Date

Frank Marinero Appellant
TDCJ ID# 2085365 Pro-se
2661 FM 2054, Coffield Unit
Tennessee Colony, TX 75884

Frank Marrero # 2085365
Coffield Unit
2661 FM 2054
Tennesse Colony, TX 75884

NORTH TEXAS TX P&DC
DALLAS TX 750
13 DEC 2017 PM 8 L

Texas Court of criminal Appeals
P.O Box 12308
Austin, TX 78711

78711-230808

/Egal Mail.